## DOUGLAS, Administrator of Vaughn, v. WILLIAM POLK, Administrator of T. L. Polk.

Court of Common Pleas. Sussex. April, 1798.

*Rodney's Notes.\**

In this case the Court decided that the administrator of an executor could not be compelled by *scire facias* under the Constitution to be a party to the suit.